UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80382-CIV-DAMIAN/Matthewman

LAKISHA C. SYKES,

    Plaintiff,

v.

THE CREDIT PROS
INTERNATIONAL, LLC,

    Defendant.
_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **May 15, 2024**. In addition, by **May 15, 2024**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, on May 1, 2024.

                                                **MELISSA DAMIAN**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Damian and U.S. Magistrate Judge Matthewman as interested parties unless they have an interest in the litigation.